UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :   INDICTMENT

    -v.-                             :   08 Cr.

ADAN LABRA PASTOR,                  :
    a/k/a "Adan Labra,"
                           :
            Defendant.
                           :

- - - - - - - - - - - - - - - - -x

08 CRIM 025

JUDGE CROTTY

COUNT ONE

The Grand Jury charges:

In or about December 2007, in the Southern District of New York and elsewhere, ADAN LABRA PASTOR, a/k/a "Adan Labra," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 10, 2000, in New York Supreme Court, New York County, for attempted assault in the first degree, in violation of New York Penal Law Section 120.10, and without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: JAN 0 7 2007